**Motion Granted; Order filed March 26, 2020**



In The

# Fourteenth Court of Appeals

_____

NO. 14-20-00100-CR
_____

**JOHN WAYNE STEWART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 20th District Court
Milam County, Texas
Trial Court Cause No. CR25,456**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant filed a motion requesting to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). The motion is granted.

Accordingly, we hereby direct the Judge of the 20th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **April 10, 2020;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.